IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:07cr17DCB-LRA

TIFFANY A. LEWIS

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2-7 of the indictment against TIFFANY A. LEWIS, without prejudice.

DUNN LAMPTON
United States Attorney

s/Erin. O'Leary Chalk
ERIN O'LEARY CHALK
Assistant U.S. Attorney
188 E. Capitol St., Suite 500
Jackson, MS  39201-0101
TEL: (601) 973-2878
Mississippi Bar No.  101721

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

ORDERED this   27th   day of June, 2007.

s/ David Bramlette
UNITED STATES DISTRICT  JUDGE